**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STAFFORD CALDWELL,

    Plaintiff,

v.                                                  Case No. 11-12295

THE EVANS-SHERRATT CO.,

    Defendant.
                                                  /

**ORDER ADMINISTRATIVELY CLOSING CASE AND**
**SETTING TELEPHONE CONFERENCE**

On February 2, 2012, the court held a telephone conference in the above-captioned matter. During the conference, Plaintiff's counsel informed the court that Plaintiff has died, and his counsel has begun to initiate probate proceedings on his behalf. Furthermore, counsel for both parties confirmed that they have resolved this action, and they expect to provide a final, dispositive order as soon as the probate proceedings are advanced enough to allow for a proper resolution of the case. As counsel for the parties further agreed that judicial supervision is not needed at the present time, the court will administratively close this litigation until such time that a final order dismissing the matter may be entered. Accordingly,

IT IS ORDERED the clerk of the court is DIRECTED to administratively close this matter for statistical purposes only. **Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights.** If, at any time, either party wishes to reopen this case, they may file a "Notice of Reopening," whereupon the case will be immediately reopened, with all rights preserved as of the date of this order.

IT IS FURTHER ORDERED that the counsel for the parties shall participate in a telephone conference on **June 5, 2012, at 11:00 a.m.**  The court will initiate the call.

                    s/Robert H. Cleland
                    ROBERT H. CLELAND
                    UNITED STATES DISTRICT JUDGE

Dated:  February 3, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 3, 2012, by electronic and/or ordinary mail.

                    s/Lisa Wagner
                    Case Manager and Deputy Clerk
                    (313) 234-5522