# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STAFFORD CALDWELL,

    Plaintiff,

v.                                     Case No. 11-12295

THE EVANS-SHERRATT CO.,

    Defendant.
_____/

## ORDER SETTING TELEPHONE CONFERENCE

On June 5, 2012, the court held a telephone conference in this matter. During the conference, counsel for the parties indicated that the deceased Plaintiff's probate proceedings have begun in state court, and counsel is currently working on finalizing the parties' settlement agreement. Counsel anticipate submitting a stipulation and proposed order of dismissal within eight weeks. The court will therefore set a future telephone conference to inquire about the status of the case, which will be held in the event that such documents are not received. Accordingly,

IT IS ORDERED that counsel for the parties shall participate in a telephone conference on **August 6, 2012, at 2:00 p.m.** The court will initiate the call. If a stipulation and proposed order to dismiss the case are submitted to the court in advance of this date, the court will cancel the conference.

                                                      s/Robert H. Cleland
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

Dated:  June 8, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 8, 2012, by electronic and/or ordinary mail.

                                            s/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522